UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THERESA ANN HANKERSON,<br><br>                      Plaintiff,<br><br>-against-<br><br>23 AND ME BREACH COMMISSIONER; ANCETRY GENETIC DATE; B.G. CHINOS LARGEST GENOMICS; FTC OF COMMISSIONER; REGENT UNIVERSITY; V.A. COLLEGE; ACCESS-A-RIDE; M.T.A. COMMISSIONER,<br><br>                      Defendants. | 24cv1940 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the May 28, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    SO ORDERED.

Dated:  May 28, 2024
          New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                           Chief United States District Judge